UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIOLET C.,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C23-5018 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

    Based on the stipulation of the parties, the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). Upon remand, the ALJ will reevaluate Plaintiff's migraine headaches; offer Plaintiff an opportunity for a new hearing; further develop the record as necessary; and take further action, as warranted, to complete the administrative record and enter a new decision.

    Remand is made under sentence four of 42 U.S.C. § 405(g). Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

    DATED this 24th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1